Tanya D. Dennis
2027 Woolsey Street
Berkeley, CA 94703
(510) 638-2077



FILED
JUN 1 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:  Honorable Judge Phyllis Hamilton

RE:  Request to assist Curlee C. Dennis in Court Hearing
Case No:  CV 10-2328 PJH

Dear Honorable Judge Hamilton

I am the daughter of Curlee C. Dennis.  My mother will be appearing before you regarding the request for a temporary restraining order and preliminary injunction Wednesday morning.

My mother suffers from Parkinson's Disease which makes it difficult for her to speak.

I am asking the court to allow me to speak in her behalf and to do so via the telephone as I will be in New York on Wednesday. (see attachment)

I know this is highly irregular but based upon my mother's medical condition I am praying that the court will honor this request.

My contact number is (510) 388-5908.

Thank you

Tanya Dennis          6/15/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton

# jetBlue

You should receive your itinerary by e-mail shortly but you should print it just in case.

Congratulations, you're officially a TrueBlue member! Your TrueBlue number is 3387537813. {1}. To manage the flight you just booked and any future flights, simply log in to your TrueBlue account.

## Confirmation #KIMVBM

Status: **Confirmed**
Book Date: **Thursday, May 27 2010**



Scan this barcode to check in at any JetBlue check-in kiosk.

## Your itinerary

### Travelers

**Travelers on this flight:** Tanya Dennis

**Primary contact:** Tanya Dennis 13763 Campus Drive Oakland, CA 94605

### Flights

| Date | Departs/Arrives | Route | Flight | Travelers | Seats |
|---|---|---|---|---|---|
| Tue Jun 15 | 9:35 p.m.<br>5:55 a.m. | Oakland, CA, XSF (OAK) to<br>New York City, NY, NYC (JFK) | 90 | Tanya Dennis | |
| Wed Jun 23 | 7:35 p.m.<br>11:27 p.m. | New York City, NY, NYC (JFK) to<br>Oakland, CA, XSF (OAK) | 95 | Tanya Dennis | |

### Payment

| | | | | |
|---|---|---|---|---|
| Fare: (details) | $462.33 x 1 = $462.33 | Form of payment | | Amount paid |
| Taxes & Fees: (details) | $56.07 | Discover | X3359 | $518.40 |
| **Total:** | **$518.40** | Amount Paid: | | $518.40 |

### Need a car? We offer the JetBlue discount

Hertz

- Save 5% or more on all rentals
- No payments till car pick up
- No change/cancel fees

Call 888-555-2585 or log onto jetblue.com/cars. Use CDP# 170589 to receive the JetBlue discount.

### Need a hotel? Low price guarantee

- Price match guarantee
- Nearly 1,000,000 unbiased guest reviews
- No change/cancel fees

Call 888-555-8989 to let us help you book your hotel or log onto jetblue.com/hotels.